NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
AMBER M. GRAYHORSE (SBN 229059)
agrayhorse@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA  90017
Telephone:  (213) 612-7800
Facsimile:  (213) 612-7801

Attorneys for *Defendant Carnegie Mortgage, LLC*

**GRANTED**
Paul S. Grewal
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC OLSON; ANNA OLSON,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CARNEGIE MORTGAGE, LLC; et al.,<br><br>            Defendants. | Case No: CV12-03677 PSG<br><br>[Assigned to Hon. Paul S. Grewal]<br><br>**NOTICE OF TELEPHONIC APPEARANCE**<br><br>Hearing<br>Date:       August 21, 2012<br>Time:       2:00 p.m.<br><br>Date Action Filed:  June 11, 2012<br>Trial Date:          None Set |

427814_1.DOC

NOTICE OF TELEPHONIC APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Carnegie Mortgage, LLC. ("Carnegie") intends to appear telephonically on August 21, 2012 at 2:00 p.m. in Courtroom 5 in the above-entitled court for the Case Management Conference.

Dated:  August 14, 2012         NOSSAMAN LLP
                                STEPHEN P. WIMAN
                                AMBER M. GRAYHORSE

                                By:     /s/ Amber M. Grayhorse
                                        Amber M. Grayhorse
                                        Attorneys for Defendant Carnegie
                                        Mortgage, LLC

427814_1.DOC                            1
NOTICE OF TELEPHONIC APPEARANCE